| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | Acting United States Attorney |
| 2 | PHILIP N. TANKOVICH |
|   | Special Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:20-po-00042-JLT |
|---|---|
| Plaintiff, | |
| v. | MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| MELISSA R. GOENETT, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice and vacate the status conference set for June 1, 2021 at 10:00am.

DATED: May 28, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　　/s/ Philip N. Tankovich
　　　　　　　　　　　　　　　　　　PHILIP N. TANKOVICH
　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

1

# ORDER

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the status conference set for June 1, 2021 at 10:00 am is vacated.

IT IS SO ORDERED.

Dated: **May 28, 2021**  /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE